Mangal P. VERMA; Ofelia R. Verma,
Plaintiffs–Appellants,

v.

CITY OF PLACENTIA; County of
Orange, Defendants–Appellees.

No. 00–55859.
D.C. No. CV–99–01188–AHS.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 9, 2001.

Decided Dec. 10, 2001.

Before SCHROEDER, Chief Judge,
TROTT, and RAWLINSON, Circuit
Judges.

### MEMORANDUM *

Mangal and Ofelia Verma ("Vermas")
appeal from the district court's dismissal
of their first amended complaint under
Federal Rule of Civil Procedure 12(b)(6).
The complaint alleged violations of the
Vermas' constitutional rights in connection
with condemnation of their rental property
that was judicially determined to have
been a nuisance.

We agree with the appellant that there
is federal jurisdiction.

The Vermas' Fourth Amendment
claims are barred by res judicata, because
they were raised and adjudicated in the
state court proceeding. The Vermas as-
sert that there was a denial of due process
in the failure of the city to give them

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by 9th Cir.
R. 36–3.

specific notice of the city council proceeding in which the city made a legislative determination to pursue abatement of the nuisance. The meeting did not involve any determination that conclusively affected any of the Vermas' property rights. It was a preliminary decision to pursue an abatement proceeding in which the Vermas had full opportunity to participate. There was no denial of due process. There was also ample and rational basis for the city's abatement decision, and thus no denial of equal protection.

AFFIRMED.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.